**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **STEPHANIE CARTER**, <br><br>　　　Plaintiff, <br><br> v. <br><br> **DENIS RICHARD MCDONOUGH**, in his official capacity as United States Secretary of Veterans Affairs, and the **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**, <br><br>　　　Defendants. | Case No. 6:22-cv-01275 |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pending before the Court is Plaintiff's Motion for Preliminary Injunction. Having reviewed the submissions of the Parties and being fully advised, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff's Motion for Preliminary Injunction is GRANTED;

2. Any security that would be required pursuant to Fed. R. Civ. P. 65(c) is WAIVED;

3. Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them are PRELIMINARILY ENJOINED from requiring Plaintiff to perform, counsel for, or prescribe medications for any abortion; and

4. Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them are PRELIMINARILY

2

ENJOINED from performing any abortions at the Olin E. Teague Veterans' Center in

Temple, Texas.

**So ORDERED and SIGNED this ___ day of December 2022.**

_____

Hon. Alan D. Albright
United States District Judge

2