# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| STEPHANIE CARTER,<br>    *Plaintiff,*<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:22-CV-01275-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland on December 13, 2022, is hereby vacated.

SIGNED this 14th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE