AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Stephanie Carter ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:22-cv-01275-ADA |
| Denis Richard McDonough, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Wilkie as Amicus Curiae.

Date:  01/19/2023

/s/ Jessica Hart Steinmann
*Attorney's signature*

Jessica Hart Steinmann, Texas Bar No. 24067647
*Printed name and bar number*

1635 Rogers Road
Fort Worth, Texas 76107
*Address*

jsteinmann@americafirstpolicy.com
*E-mail address*

(571) 348-1802
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on all parties according to the Federal Rules of Civil Procedure.

*/s/ Kenneth A. Klukowski*
Kenneth A. Klukowski

*Counsel for Amicus Curiae*

January 19, 2023