IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STEPHANIE CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　　Defendants. | Civil Action No. 6:22-cv-1275-A |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY**

　　Before the Court is Defendant's Unopposed Motion for Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 13). Having considered the Motion and the pleadings in this case, the Court finds that the Motion should be GRANTED.

　　Accordingly, IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for a Preliminary Injunction is GRANTED, and IT IS FURTHER ORDERED that Defendant's Sur-Reply in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 42-1) be ACCEPTED and FILED by the clerk of Court.

　　**So ORDERED and SIGNED this ___ day of February 2022.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Alan D. Albright
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge