**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **STEPHANIE CARTER**, <br><br>         Plaintiff, <br><br> v. <br><br> **DENIS RICHARD MCDONOUGH**, in his official capacity as United States Secretary of Veterans Affairs, and the **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**, <br><br>         Defendants. | Case No. 6:22-cv-01275 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stephanie Carter dismisses the above-entitled action against Defendants. To date, no Defendant in this action served an answer or motion for summary judgment. *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) ("As the plain terms of [the rule] establish, a plaintiff has an absolute right to dismiss a lawsuit before the defendant has filed an answer or summary judgment motion."). Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B). Plaintiff's notice is "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (citations omitted).

Respectfully submitted this 21st day of July 2023.

/s/ *Jeffrey C. Mateer*
JEFFREY C. MATEER
  Texas Bar No. 13185320
DAVID J. HACKER
  Texas Bar No. 24103323
MICHAEL D. BERRY
  Texas Bar No. 24085835
JUSTIN E. BUTTERFIELD
  Texas Bar No. 24062642
DANIELLE A. RUNYAN
  Texas Bar No. 24134548
HOLLY M. RANDALL
  Texas Bar No. 24128002


FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
(972) 941-4444
jmateer@firstliberty.org
dhacker@firstliberty.org
mberry@firstliberty.org
jbutterfield@firstliberty.org
drunyan@firstliberty.org
hrandall@firstliberty.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, a true and correct copy of Plaintiff's Notice of

Voluntary Dismissal was filed through the Electronic Court Filing system, which automatically

notifies counsel of record for each party.


/s/ *Jeffrey C. Mateer*
Jeffrey C. Mateer